United States District Court
Southern District of New York

# DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff UBS AG files this disclosure statement.

UBS AG is a publicly held corporation. No other publicly held corporation owns, directly or indirectly, 10% or more of UBS AG's stock. UBS AG has no parent corporation.

Dated: 8/11/08

Respectfully submitted,

By: _____

Attorneys for Defendants

Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10005
SE-6231