UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
                                                  Index No. 08 CIV 7161

---

UBS AG
                                                              , Plaintiff(s)

                              - against -

KAISER FOUNDATION HOSPITALS
                                                              , Defendant(s)

---

State of New York      )
                       )  SS.:
County of Albany       )

## AFFIDAVIT OF SERVICE

Patricia A. Burke being duly sworn, deposes and says
that she is over the age of 18 years; is not a party to this action and resides
within the State of New York. That on 08/12/2008 at 3:15 PM at:
    THE PRENTICE-HALL CORPORATION SYSTEM, INC
    80 STATE STREET
    ALBANY NY 12207
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT

on KAISER FOUNDATION HOSPITALS

a domestic and/or foreign corporation
by delivering thereat a true copy to Cathy Krieger-Jewell
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Service of Process Clerk and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 50  HEIGHT: 5'2''   WEIGHT: 120    HAIR: BROWN    RACE: WHITE    SEX: FEMALE
OTHER: Glasses

Patricia A. Burke                         Lic. #.

SWORN TO BEFORE ME 8/13/08

JAMES ROBERT O'ROURKE
Notary Public, State of New York
No. 01OR5067994
Qualified in Saratoga County
Commission Expires

OUR DOC# 21767
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York NY 10005
212-530-5000