UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS AG,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Kaiser Foundation Hospitals,<br><br>　　　　　　　　　　Defendant. | Case No.: 08 Civ. 7161 (LTS) |

## CERTIFICATE OF SERVICE

I, Gabrielle Ruha, an attorney duly admitted to practice in the State of New York, hereby certify that on August 25, 2008 I caused a true and correct copy of the Court's Initial Conference Order, dated August 15, 2008, to be served on counsel for Kaiser Foundation Hospitals, by Federal Express and first class mail, at One Kaiser Plaza, Oakland, California 94612.

DATED:   August 25, 2008
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Gabrielle Ruha