**THOMPSON HINE**

ATLANTA   CINCINNATI   COLUMBUS   NEW YORK
BRUSSELS   CLEVELAND   DAYTON   WASHINGTON, D.C.

August 26, 2008

*By ECF and FedEx*

Honorable Laura T. Swain
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 755
New York, New York 10007

RE: *UBS AG v. Kaiser Foundation Hospitals*
    Civil Action No. 08-7161 (LTS)(THK)

Dear Judge Swain,

We represent Kaiser Foundation Hospitals ("Kaiser") in the above-referenced action. In accordance with Your Honor's Individual Practices, we write to request an extension of Kaiser's response to the complaint in this action and represent the following:

(1) The time to answer, move or otherwise respond expires September 2, 2008;

(2) No previous requests for adjournment or extension have been made;

(3) Counsel for plaintiff has agreed to extend Kaiser's time to answer, move or otherwise respond to the complaint by 20 days to September 22, 2008; and

(4) The requested extension would not affect any other scheduled date.

We respectfully request that Your Honor so order the agreed upon response date of September 22, 2008. If Your Honor has any questions concerning the above, please do not hesitate to contact me.

Respectfully,                                          So Ordered.

*[signature]*

Joseph B. Koczko (JK 7259)                             _____
                                                       Judge Laura T. Swain
                                                       United States District Court Judge
                                                       Eastern District of New York

cc:   Scott A. Edelman, Esq. (by ECF and First-Class Mail)

Joseph.Koczko@ThompsonHine.com   Phone 212.908.3923   Fax 212.344.6101                shk 167071.1

---

THOMPSON HINE LLP          335 Madison Avenue              www.ThompsonHine.com
ATTORNEYS AT LAW           12th Floor                      Phone 212.344.5680
                           New York, New York 10017-4611   Fax 212.344.6101