

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UBS AG,

                 Plaintiff,

v.

KAISER FOUNDATION HOSPITALS,

                 Defendant.
------------------------------------------------------x

Civil Action 08-CV-7161 (LTS)(THK)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Sunny H. Kim, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *Pro Hac Vice* of:

| | |
|---|---|
| Applicant's Name: | William C. Wilkinson |
| Firm Name: | Thompson Hine LLP |
| Address: | 41 South High Street |
| | Suite 1700 |
| City/State/Zip: | Columbus, Ohio 43215 |
| Phone Number: | 614-469-3200 |
| Fax Number: | 614-469-3361 |

William C. Wilkinson is a member in good standing of the Bar of the State of Ohio. There are no pending disciplinary proceedings against William C. Wilkinson in any State or Federal court. A Certificate of Good Standing, which has been issued by the State of Ohio within the past 30 days, is submitted herewith.

Dated: September 2, 2008
        New York, New York

Respectfully submitted,

Sunny H. Kim
SK-8746
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, New York 10017
Phone: 212-908-3923
Fax: 212-344-6101

# The Supreme Court of Ohio

### CERTIFICATE

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

William Chester Wilkinson

was admitted to the practice of law in Ohio on November 19, 1976; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 13th day of August, 2008.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Registration Specialist*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UBS AG,

:    Civil Action 08-CV-7161 (LTS)(THK)

          Plaintiff,

:

   v.

:    **DECLARATION OF SUNNY H. KIM IN SUPPORT OF MOTION FOR PRO HAC VICE**

KAISER FOUNDATION HOSPITALS,

:

          Defendant.
-------------------------------------------------------x

Pursuant to 28 U.S.C. § 1746, I, Sunny H. Kim, declare as follows:

1. I am an associate with the law firm of Thompson Hine LLP and counsel for Defendant in the above-captioned action. I am familiar with the prior papers in this case. I submit this declaration based upon my personal knowledge of the facts set forth herein and in support of Defendant's Motion to Admit William C. Wilkinson as Counsel *Pro Hac Vice* to represent the Defendant in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law on July 2, 2001. I was also admitted to the Bar of the United States District Court for the Southern District of New York on December 16, 2003, and I am currently in good standing with this Court.

3. I have known William C. Wilkinson since about 2007.

4. Mr. Wilkinson is a partner at Thompson Hine LLP, and his office is located at 41 South High Street, Suite 1700, Columbus, Ohio 43215.

- 2 -

5. I believe Mr. Wilkinson to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I move for the admission of William C. Wilkinson, *Pro Hac Vice*.

7. I respectfully submit a proposed order granting the admission of William C. Wilkinson, *Pro Hac Vice*, which is annexed hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 2nd day of September, 2008, in New York, New York.

Sunny H. Kim
SK-8746
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, New York 10017
Phone: 212-908-3903
Fax: 212-344-6101

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UBS AG,

             : Civil Action 08-CV-7161 (LTS)(THK)

    Plaintiff,

             :

  v.           **ORDER FOR ADMISSION**
             : **ON PRO HAC VICE MOTION**

KAISER FOUNDATION HOSPITALS,

             :

    Defendant.
------------------------------------------------------x

  Upon motion of Sunny H. Kim, attorney for Defendant Kaiser Foundation Hospitals, and said sponsor's Declaration in Support;

IT IS HEREBY ORDERED that:

| | |
|---|---|
| Applicant's Name: | William C. Wilkinson |
| Firm Name: | Thompson Hine LLP |
| Address: | 41 South High Street |
| | Suite 1700 |
| City/State/Zip: | Columbus, Ohio 43215 |
| Phone Number: | 614-469-3200 |
| Fax Number: | 614-469-3361 |
| E-mail address: | William.Wilkinson@thompsonhine.com |

is admitted to practice *pro hac vice* as counsel for Defendant in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____, 2008

_____
Laura Taylor Swain
United States District Judge
Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UBS AG,

                                      Plaintiff,

            v.

KAISER FOUNDATION HOSPITALS,

                                  Defendant.
--------------------------------------------------------x

:  Civil Action 08-CV-7161  (LTS)(THK)

:

:  **CERTIFICATE OF SERVICE**

:

:

The undersigned hereby certifies that on this 2nd day of September 2008, true and correct copies of the Motion For Admission *Pro Hac Vice* of William C. Wilkinson and supporting papers were served by overnight mail upon:

Richard E. Rosberger
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Mangattan Plaza
New York, New York 10005
rrosberger@milbank.com

Scott Alexander Edelman
Milbank, Tweed, Hadley & McCloy, LLP
601 South Figueroa Street
Los Angeles, CA 90017
sedelman@milbank.com

Attorneys for plaintiff UBS AG

                                                             _____
                                                             Sunny H. Kim
                                                            Thompson Hine LLP
                                                            335 Madison Avenue, 12th Floor
                                                            New York, New York  10017
                                                           Phone:  212-908-3903
                                                           Fax:  212-344-6101